UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COMPUTER SCIENCES CORPORATION, § § § | |
| *Plaintiff*, § § | |
| § | Civil Action No. 3:19-CV-0970-X |
| v. § § | |
| TATA CONSULTANCY SERVICES LIMITED, et al., § § § § | |
| *Defendants*. § | |

## MEMORANDUM OPINION AND ORDER

Before the Court are Plaintiff Computer Sciences Corporation's ("CSC") request to seal certain trial exhibits (Doc. 433) and Third-Parties Transamerica Corporation and Money Services, Inc.'s (collectively, "Transamerica") motion for leave to file under seal (Doc. 467). The Court has analyzed the proposed sealed documents line-by-line and page-by-page, weighing the public's right of access against the interests favoring nondisclosure. After careful consideration, the Court **GRANTS** CSC's request to seal certain trial exhibits and Transamerica's motion. The Court will seal the admitted trial exhibits listed in Exhibit A.

### I.   Background

Before trial, CSC requested that certain trial exhibits remain under seal and filed a declaration in support of that request. (Doc. 433). The declaration provided a detailed explanation for why each trial exhibit should be permanently sealed. Transamerica also filed a motion for leave to file under seal requesting that certain

1

additional trial exhibits remain under seal. (Doc. 467). The Court provisionally sealed the documents during the duration of trial and informed the parties that it would revisit whether the documents should permanently remain under seal following trial.

## II. Legal Standard

The Court takes very seriously its duty to protect the public's access to judicial records.[1] Transparency in judicial proceedings is a fundamental element of the rule of law—so fundamental that sealing and unsealing orders are immediately appealable under the collateral-order doctrine.[2] The public's right to access judicial records is independent from—and sometimes even adverse to—the parties' interest.[3] That's why the judge must serve as the representative of the people and, indeed, the First Amendment, in scrutinizing requests to seal.

Litigants may very well have a legitimate interest in confidential discovery secured by a protective order under Federal Rule of Civil Procedure 26(c). However, "[t]hat a document qualifies for a protective order under Rule 26(c) for discovery says nothing about whether it should be sealed once it is placed in the *judicial record*."[4] Here, the parties conducted discovery under a Rule 26(c) protective order and marked various documents "confidential." But to seal documents on the judicial record involves a much more demanding standard.

---

[1] *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 418 (5th Cir. 2021).

[2] *June Med. Servs. v. Phillips*, 22 F.4th 512, 519 (5th Cir. 2022).

[3] *Id.*

[4] *Id.* at 521.

"To decide whether something should be sealed, the court must undertake a document-by-document, line-by-line balancing of the public's common law right of access against the interests favoring nondisclosure."[5] If the Court seals information, it must give sufficient reasons to allow for appellate review.[6] Finally, "[p]ublicly available information cannot be sealed."[7]

### III. Analysis

CSC's sealing affidavit and Transamerica's motion meet the heightened sealing standard. In the affidavit and motion, CSC and Transamerica were precise about what they wanted to seal: specific trial exhibits, attached hereto as Exhibit A. Next, CSC and Transamerica did their part to explain why the risk of disclosure outweighs the public's right to know because these exhibits disclose confidential commercial information and trade secrets and would cause competitive harm to their businesses. Upon careful review, the Court concludes that CSC and Transamerica met their burden of proving that the materials should be permanently sealed. As such, the Court orders that the trial exhibits listed in Exhibit A remain under seal.

### IV. Conclusion

Given that the Court finds that CSC and Transamerica met the heightened sealing standard, the Court **GRANTS** CSC's request to seal certain trial exhibits (Doc. 433) and Transamerica's motion (Doc. 467). The Court will maintain the admitted trial exhibits listed in Exhibit A under seal. The Court's instructions are

---

[5] *Id.* (cleaned up).

[6] *Binh Hoa Le*, 990 F.3d at 419.

[7] *June Med. Servs.*, 22 F.4th at 520.

3

the result of a page-by-page, line-by-line analysis. Such analysis "is not easy, but it is fundamental" to securing the public's right of access to judicial records.[8]

**IT IS SO ORDERED** this the 15th day of December, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[8] *June Med. Servs.*, 22 F.4th at 521.

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COMPUTER SCIENCES CORPORATION, §§§§§ *Plaintiff,* §§ v. §§ TATA CONSULTANCY SERVICES LIMITED, et al., §§§§ *Defendants.* § | Civil Action No. 3:19-CV-0970-X |

**ADMITTED TRIAL EXHIBITS PERMANENTLY UNDER SEAL**

| Exhibit No. | Concise Description of Exhibit | Witness Admitted | Date Admitted |
|---|---|---|---|
| PX094 | First Amended and Restated Master Services Agreement Between Customer and Service Provider | Blazek | 11.14.2023 |
| PX225 | Transamerica Conversion Discovery Report (Integration) - BaNCS Migration Release 1.1 and Release 1.2 | Frieden | 11.13.2023 |
| PX228 | Email chain re Rate of Return Calculation [TLS] | Taute | 11.8.2023 |
| PX319 | Excel Spreadsheet - attachment to TCS-00284413 | Pasupathy | 11.9.2023 |
| PX336 | Email re Invitation: Reg: Conversion Discovery (Week 3 Day 1) - technical sessions (Mar 26 08:00AM CDT in Webex/4050 Digital Cong Room) | Setty | 11.9.2023 |
| PX432 | Discovery Phase - Transformation Discovery Kickoff | Frieden | 11.13.2023 |
| PX474 | CSC CyberLife Documentation, 97.01, 00.01, 01.01, 10.01 | Taute | 11.8.2023 |
| PX475 | Vantage WV-1801 Documentation | Taute | 11.8.2023 |

6

| Exhibit No. | Concise Description of Exhibit | Witness Admitted | Date Admitted |
|---|---|---|---|
| PX476 | Wealth Management Accelerator VANTAGE-ONE Technical Guide WV-1801 | Taute | 11.8.2023 |
| PX477 | Wealth Management Accelerator/VANTAGE-ONE Subsystems Guide WV-1801 | Taute | 11.8.2023 |
| PX478 | Wealth Management Accelerator/VANTAGE-ONE Common Reference Guide WV-1801 | Taute | 11.8.2023 |
| PX479 | CyberLife 14.01 Documentation | Taute | 11.8.2023 |
| PX480 | CyberLife Administration Billing and Accounting Administration Collection User Series | Taute | 11.8.2023 |
| PX481 | Vantage-One Release Notes | Taute | 11.8.2023 |
| PX482 | DXC Wealth Management Accelerator/VANTAGE-ONE System Release WV-1801 | Taute | 11.8.2023 |
| PX483 | DXC Wealth Management Accelerator/VANTAGE-ONE System Release WV-1701 | Taute | 11.8.2023 |
| PX484 | Wealth Management Accelerator System Release WM-07.1.0 | Taute | 11.8.2023 |
| PX485 | Wealth Management Accelerator System Release WM-08.1.0 | Taute | 11.8.2023 |
| PX486 | CSC Wealth Management Accelerator / Vantage-One System Release WV-09.2.0 | Taute | 11.8.2023 |
| PX487 | Wealth Management Accelerator System Release WM-09.1.0 | Taute | 11.8.2023 |
| PX488 | CSC Wealth Management Accelerator / Vantage-One System Release WV-1501 | Taute | 11.8.2023 |
| PX489 | CSC Wealth Management Accelerator / Vantage-One System Release WV-1201 | Taute | 11.8.2023 |
| PX490 | CSC Wealth Management Accelerator / Vantage-One System Release WV-1601 | Taute | 11.8.2023 |

| Exhibit No. | Concise Description of Exhibit | Witness Admitted | Date Admitted |
|---|---|---|---|
| PX491 | CSC Wealth Management Accelerator / Vantage-One System Release WV-1001 | Taute | 11.8.2023 |
| PX492 | Wealth Management Accelerator System Release wmA 07.2.0 | Taute | 11.8.2023 |
| PX493 | CSC Wealth Management Accelerator / Vantage-One System Release WV-1401 | Taute | 11.8.2023 |
| PX494 | DXC Wealth Management Accelerator/VANTAGE-ONE System Release WV-1901 | Taute | 11.8.2023 |
| PX495 | Vantage-One System Release V1-06.1.0 / VS-06.1.0 | Taute | 11.8.2023 |
| PX496 | CSC Wealth Management Accelerator / Vantage-One System Release WV-1101 | Taute | 11.8.2023 |
| PX497 | CyberLife 06.01 - 17.01 Documentation | Taute | 11.8.2023 |
| PX498 | Host Technical Data | Taute | 11.8.2023 |
| PX499 | Demonstration | Taute | 11.8.2023 |
| PX500 | Detailed Updates | Taute | 11.8.2023 |
| PX501 | System Problem Reports | Taute | 11.8.2023 |
| PX502 | Enhancement Descriptions | Taute | 11.8.2023 |
| PX503 | CyberLife 1001 Technical Information | Taute | 11.8.2023 |
| PX505 | Wealth Management Accelerator/ VANTAGE-ONE, Annuities Business Rules Guide, WV-1401 | Taute | 11.8.2023 |
| PX506 | CyberLife Reference Documentation Enhancement and Improvement History 8402-1801 | Taute | 11.8.2023 |
| PX507 | Vantage-One Table Guide | Taute | 11.8.2023 |
| PX508 | CyberLife Reference Documentation Functions 1801 | Taute | 11.8.2023 |
| PX509 | CyberLife Enterprise System: CyberDOC Reference Library, 10.01 (error as sent to Tata) | Taute | 11.8.2023 |

| Exhibit No. | Concise Description of Exhibit | Witness Admitted | Date Admitted |
|---|---|---|---|
| PX510 | CyberLife Enterprise System Functions, Enterprise Collection Business Series | Taute | 11.8.2023 |
| PX511 | Manual - CyberLife Enterprise System – Functions | Taute | 11.8.2023 |
| PX514 | Cyberlife Enterprise System - Policy Record 00-49 Segments - Enterprise Collections Data Series | Taute | 11.8.2023 |
| PX515 | Cyberlife Enterprise System - Policy Record 50-99 Segments - Enterprise Collections Data Series | Taute | 11.8.2023 |
| PX517 | Traditional Life Table Guide, V1-05.1.0 | Taute | 11.8.2023 |
| PX519 | CyberLife Enterprise System: Web Components Transactions | Taute | 11.8.2023 |
| PX520 | CSC Wealth Management Accelerator Vantage-One Annuities Business Rules Guilde WV-1401 | Taute | 11/8/2023 |
| PX521 | Vantage-One Technical Guide V-1 Database & Tables 15.0 | Setty | 11.9.2023 |
| PX523 | Cyberlife Enterprise System - Web Component Transactions - Enterprise Collection System Series | Taute | 11.8.2023 |
| PX524 | Cyberlife Enterprise System - Web Component Transactions - Enterprise Collection System Series | Taute | 11.8.2023 |
| PX525 | Cyberlife Enterprise System - Web Component Transactions - Enterprise Collection System Series | Taute | 11.8.2023 |
| PX526 | CyberLife 10.01 Documentation: Cyberlife Web Components Source Installation Guide | Taute | 11.8.2023 |
| PX527 | CyberLife 10.01 Documentation: Cyberlife Web Components Security Setup Guide | Taute | 11.8.2023 |

| Exhibit No. | Concise Description of Exhibit | Witness Admitted | Date Admitted |
|---|---|---|---|
| PX529 | CyberLife 10.01 Documentation: Cyberlife Web Components Installation Guide | Taute | 11.8.2023 |
| PX530 | CyberLife 10.01 Documentation: Web Components Installation | Taute | 11.8.2023 |
| PX531 | CyberLife 10.01 Documentation: Cyberlife Enterprise System 1001 Release Documentation | Taute | 11.8.2023 |
| PX534 | CSC Source Code – CSC | Taute | 11.8.2023 |
| PX549 | Cyberlife Overview – CSFL | Wisely | 11.14.2023 |
| PX550 | Cyberlife Overview – CUSTSCV | Wisely | 11.9.2023 |
| PX551 | Vantage-P65 | Frieden | 11.13.2023 |
| PX552 | Vantage-P75 | Frieden | 11.13.2023 |
| DX0447 | Service Agreement No. 75 (Project Chess - Due Diligence) | Verghese | 11.15.2023 |
| DX0645 | Project Chess Transamerica TPA Strategy Program | Canfield | 11.14.2023 |
| DX0651 | Project Chess Diligenta Site Visit | Canfield | 11.14.2023 |
| DX0653 | Transamerica - DXC Proposal - Solution Evaluation Service Provider Results - Summary | Canfield | 11.14.2023 |